NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRESTA TECHNOLOGY CORPORATION,**
*Appellant*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SILICON LABORATORIES INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONCIS, INC., LG ELECTRONICS U.S.A., INC., MAXLINEAR, INC., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, VIZIO, INC., SIO INTERNATIONAL INC., HON HAI PRECISION INDUSTRY CO., LTD., TOP VICTORY INVESTMENTS LTD., TPV INTERNATIONAL (USA), INC., WISTRON CORPORATION, WISTRON INFOCOMM TECHNOLOGY (AMERICA) CORPORATION,**
*Intervenors*

---

2016-1263

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-910.

-------------------------------------------------------------------------

**CRESTA TECHNOLOGY CORPORATION,**
*Appellant*

v.

**SILICON LABORATORIES, INC.,**
*Appellee*

———————————

2016-1526, 2016-1527

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in Nos. IPR2014-00728, IPR2014-00809.

———————————

**O R D E R**

Upon consideration of the above-captioned related appeals,

IT IS ORDERED THAT:

(1) Appeals 2016-1526 and 2016-1527 are consolidated, and thus one set of briefs for the two appeals should be filed. The revised official caption for 2016-1526, -1527 is reflected above.

(2) Appeal 2016-1263 and appeals 2016-1526, -1527 shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

| January 28, 2016 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |